UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OSVALDO TINAJERO, | ) Case No. CV 10-807 JHN (MRW) |
|---|---|
| Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| LARRY SMALL, | ) UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

   IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: March 19, 2012

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE